IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAKEL MOTORS INCORPORATED,

                    Plaintiff,                    ORDER

   v.

                                                   11-cv-306-wmc

AMERICAN ALTERNATIVE
INSURANCE CORPORATION,

                    Defendant.

---

     The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a).

     Entered this 8th day of May, 2012.

                                BY THE COURT:

                                /s/
                              _____
                              WILLIAM M. CONLEY
                              District Judge