IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAKEL MOTORS INCORPORATED,

    Plaintiff,

v.

AMERICAN ALTERNATIVE
INSURANCE CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-306-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that plaintiff's motion for summary judgment on its breach of contract claim against defendant is granted. Defendant must reimburse plaintiff in the amount of $997,646.58 for the fees incurred by the law firm of Foley & Lardner in its role as nation counsel for plaintiff, plus statutory interest at the rate of 9%.

    IT IS FURTHER ORDERED AND ADJUDGED that defendant's motion for summary judgment is granted with respect to plaintiff's bad faith claim against defendant.

_Peter Oppeneer_      6/4/12
Peter Oppeneer, Clerk of Court      Date